UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 11-59219 |
| | : | |
| MARK A. & DIANNE B. PONCINIE, | : | Chapter 13 |
| | : | |
| Debtors. | : | JUDGE HOFFMAN, JR. |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR/HUSBAND ONLY**

Comes now the Debtor, Mark A. Poncinie, through the undersigned Case Attorney, and hereby gives this Court, and the Chapter 13 Trustee, notice of the Debtor/Husband's new mailing address.

**Mark A. Poncinie**
**23949 Ford Reed Road**
**Richwood, OH 43344**

Respectfully submitted,

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
1180 South High Street
Columbus, OH 43206
614/224.2104
Fax: 614/224.2066
Case Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing Notice was served upon the following parties in interest, either by electronic means, or by regular, first-class, U.S. Mail, postage prepaid, on the date and at the addresses appearing below:

| | |
|---|---|
| 08/11/2016 | */s/ Christopher J. Spiroff* |
| Date | Christopher J. Spiroff |

**served electronically**

U.S. Trustee
Faye D. English, Chapter 13 Trustee

**served by regular, U.S. Mail**
Dianne B. Poncinie, 2718 Alder Vista Drive, Columbus, OH 43231
Mark A. Poncinie, 23949 Ford Reed Road, Richwood, OH 43344